## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMANUEL ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  03-1455 (RCL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| EMMANUEL ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  03-1456 (RCL) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant Smith is DISMISSED without prejudice as a party to this action.  It is further

ORDERED that defendants' motion for summary judgment [Dkt. #32] is GRANTED.  It is further

ORDERED that JUDGMENT shall be entered for defendants.  This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

ROYCE C. LAMBERTH<br>
United States District Judge

Date:  September 21, 2006